IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN CARL TYLER ROTTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:10-cv-22-MEF-WC |
| | ) |
| DEPUTY SHERIFF DAVID SLAY, in his individual capacity, | ) (WO) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of Plaintiff's Motion for Leave to amend his complaint (Doc. #14), it is hereby

ORDERED that

(1) Defendant shall be required to show cause why this motion should not be granted by no later than 5:00 p.m. on Monday, March 15, 2010; and

(2) Plaintiff may file a reply by no later than 5:00 p.m. on Thursday, March 18, 2010.

DONE this the 4th day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE