IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN CARL TYLER ROTTON,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CASE NO. 2:10-cv-22-MEF |
| ) | |
| DEPUTY SHERIFF DAVID SLAY, in his  ) | (WO) |
| individual capacity,  ) | |
| ) | |
| Defendants.  ) | |

**O R D E R**

Upon consideration of Plaintiff's unopposed Motion for Leave to amend his complaint (Doc. #14) filed on March 3, 2010, it is hereby

ORDERED that the motion is GRANTED. Plaintiff shall file his amended complaint on or before Friday, March 12, 2010.

It is further ORDERED that Defendant's Motion to Dismiss (Doc. #7) is DENIED as moot.

DONE this the 10th day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE